UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>CRAIG THOMPSON, M.D. and AGIOS PHARMACEUTICALS, INC.<br><br>　　　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>12-civ-01330 (NRB)<br>ECF Case |

### NOTICE OF APPEARANCE OF PETER J. MACDONALD

　　　Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant Agios Pharmaceuticals, Inc.


Dated:  New York, New York
March 5, 2012

　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND
　　　　　　　　　　　　　　　　　DORR LLP

　　　　　　　　　　　　　　　　　By:  /s/ Peter J. Macdonald
　　　　　　　　　　　　　　　　　Peter J. Macdonald
　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　Phone: (212) 937-7223
　　　　　　　　　　　　　　　　　Fax: (212) 230-8888
　　　　　　　　　　　　　　　　　E-mail: peter.macdonald@wilmerhale.com
　　　　　　　　　　　　　　　　　*Attorney for Defendant Agios Pharmaceuticals, Inc.*