UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>    -against-<br><br>CRAIG THOMPSON, M.D. and AGIOS PHARMACEUTICALS, INC.<br><br>    Defendants. | **NOTICE OF APPEARANCE**<br><br>12-civ-01330 (NRB)<br>ECF Case |

### NOTICE OF APPEARANCE OF PETER J. SHEN

Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant Agios Pharmaceuticals, Inc.

Dated: New York, New York
March 5, 2012

                                                            WILMER CUTLER PICKERING HALE AND
                                                            DORR LLP

                                                            By:  /s/ Peter J. Shen
                                                            Peter J. Shen
                                                           399 Park Avenue
                                                           New York, NY 10022
                                                           Phone: (212) 230-8895
                                                           Fax: (212) 230-8888
                                                           E-mail: peter.shen@wilmerhale.com
                                                           *Attorney for Defendant Agios Pharmaceuticals, Inc.*