UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>     Plaintiff,<br><br>    -against-<br><br>CRAIG THOMPSON, M.D. and AGIOS PHARMACEUTICALS, INC.<br><br>     Defendants. | **NOTICE OF APPEARANCE**<br><br>12 Civ. 01330 (NRB)<br>ECF Case |

### NOTICE OF APPEARANCE OF SANJAY MODY

Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant Agios Pharmaceuticals, Inc.


Dated:  New York, New York
March 5, 2012

        WILMER CUTLER PICKERING HALE AND
        DORR LLP

       By: /s/ Sanjay Mody
        Sanjay Mody
        399 Park Avenue
        New York, NY 10022
        Phone: (212) 295-6406
        Fax: (212) 230-8888
        E-mail: sanjay.mody@wilmerhale.com
        *Attorney for Defendant Agios Pharmaceuticals, Inc.*