UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>        Plaintiff,<br><br>        -against-<br><br>CRAIG THOMPSON, M.D. and AGIOS PHARMACEUTICALS, INC.<br><br>        Defendants. | **NOTICE OF APPEARANCE**<br><br>12-civ-01330 (NRB)<br>ECF Case |

**NOTICE OF APPEARANCE OF VIOLETTA G. WATSON**

Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant Agios Pharmaceuticals, Inc.

Dated:  New York, New York
March 5, 2012

                              WILMER CUTLER PICKERING HALE AND
                              DORR LLP

                              By:  /s/ Violetta G. Watson
                              Violetta G. Watson
                              399 Park Avenue
                              New York, NY 10022
                              Phone: (212) 937-7221
                              Fax: (212) 230-8888
                              E-mail: violetta.watson@wilmerhale.com
                              *Attorney for Defendant Agios Pharmaceuticals, Inc.*