UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>     Plaintiff,<br><br>  -against-<br><br>CRAIG THOMPSON, M.D. and AGIOS PHARMACEUTICALS, INC.<br><br>     Defendants. | **FED. R. CIV. P. 7.1<br>DISCLOSURE STATEMENT**<br><br>12-civ-01330 (NRB) |

  Pursuant to Fed. R. Civ. P. 7.1, counsel for Defendant Agios Pharmaceuticals, Inc. certifies the following:

  1.  The full name of the party represented by WilmerHale is: Agios Pharmaceuticals, Inc.

  2.  Agios Pharmaceuticals, Inc. is privately held. It has no parent corporation. Celgene Corporation is the only publicly held company that owns 10% or more of Agios Pharmaceuticals, Inc.'s stock.

- 2 -

Dated:  New York, New York
March 5, 2012

                    WILMER CUTLER PICKERING HALE AND DORR LLP

                    By: /s/ Peter J. Macdonald
Peter J. Macdonald
Sanjay Mody
Peter J. Shen
Violetta G. Watson
399 Park Avenue
New York, NY 10022
Phone: (212) 230-8800
Fax: (212) 230-8888
peter.macdonald@wilmerhale.com
sanjay.mody@wilmerhale.com
peter.shen@wilmerhale.com
violetta.watson@wilmerhale.com
*Attorneys for Defendant Agios Pharmaceuticals, Inc.*