UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,

    Plaintiff,

 -against-

CRAIG B. THOMPSON, M.D. and AGIOS PHARMACEUTICALS, INC.,

    Defendants.
------------------------------------------------------- X

Civil Action No. 12 Civ. 1330 (NRB)

## NOTICE OF APPEARANCE

 Please enter the appearance of Deborah W. Frey of Morgan, Lewis & Bockius LLP as counsel for Plaintiff Trustees of the University of Pennsylvania, in the above-captioned matter.

Dated: March 8, 2012

          /s/ Deborah W. Frey_____
          Deborah W. Frey (DF-7354)
          215.963.5472
          dfrey@morganlewis.com
          MORGAN, LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, Pennsylvania 19103-2921

          *Attorneys for Plaintiff Trustees of the*
          *University of Pennsylvania*

2

**CERTIFICATE OF SERVICE**

    I, Deborah W. Frey, hereby certify that on March 8, 2012, I filed the foregoing document using CM/ECF, which will cause a true and correct copy to be served electronically on all ECF-registered counsel of record.

                          /s/ Deborah W. Frey
                          Deborah W. Frey