UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG THOMPSON, M.D., and AGIOS PHARMACEUTICALS, INC.,<br><br>    Defendants. | **NOTICE OF APPEARANCE**<br><br>12-cv-1330 (NRB)<br>ECF Case |

## NOTICE OF APPEARANCE OF ALLAN J. ARFFA

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Craig Thompson M.D.

Dated: New York, New York
       March 9, 2012

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By: /s/ Allan J. Arffa
                                             Allan J. Arffa
                                        1285 Avenue of the Americas
                                        New York, NY 10019-6064
                                        Phone: (212) 373-3203
                                        Fax: (212) 492-0203
                                        E-mail: aarffa@paulweiss.com
                                        *Attorney for Defendant Craig Thompson M.D.*