UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>     Plaintiff,<br><br>     v.<br><br>CRAIG THOMPSON, M.D., and AGIOS PHARMACEUTICALS, INC.,<br><br>     Defendants. | **NOTICE OF APPEARANCE**<br><br>12-cv-1330 (NRB)<br>ECF Case |

## NOTICE OF APPEARANCE OF ERIC ALAN STONE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Craig Thompson M.D.

Dated: New York, New York
   March 9, 2012

               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

               By: /s/ Eric Alan Stone
                 Eric Alan Stone
               1285 Avenue of the Americas
               New York, NY 10019-6064
               Phone: (212) 373-3326
               Fax: (212) 492-2769
               E-mail: estone@paulweiss.com
               *Attorney for Defendant Craig Thompson M.D.*