UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>        Plaintiff,<br><br>        v.<br><br>CRAIG THOMPSON, M.D., and AGIOS PHARMACEUTICALS, INC.,<br><br>        Defendants. | **NOTICE OF APPEARANCE**<br><br>12-cv-1330 (NRB)<br>ECF Case |

**NOTICE OF APPEARANCE OF PETER SANDEL**

Please take notice that the undersigned, of the law firm Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record

for Defendant Craig Thompson M.D.

Dated: New York, New York
      March 9, 2012

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP


                    By:  /s/ Peter Sandel
                           Peter Sandel
                    1285 Avenue of the Americas
                    New York, NY 10019-6064
                    Phone: (212) 373-3198
                    Fax: (212) 492-0198
                    E-mail: psandel@paulweiss.com
                    *Attorney for Defendant Craig Thompson M.D.*