

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,

    Plaintiff,

v.

CRAIG THOMPSON, M.D., and AGIOS PHARMACEUTICALS, INC.,

    Defendants.

---

12-cv-1330 (NRB)
ECF Case

## STIPULATION AND ORDER
## EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

The parties listed below, by their undersigned attorneys, hereby stipulate and agree that defendants' time to answer, move or otherwise respond to the Complaint shall be extended through and including April 18, 2012.

Dated: March 8, 2012

By: _____
Allan J. Arffa
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
aarffa@paulweiss.com
212 373-3203 (telephone)
212 492-0203 (facsimile)
*Counsel for Defendant Craig Thompson, M.D.*

By: _____
Peter J. Macdonald
WILMER CUTLER PICKERING HALE AND DORR, LLP
399 Park Avenue
New York, NY 10022
peter.macdonald@wilmerhale.com
212 937-7223 (telephone)
212 230-8888 (facsimile)
*Counsel for Defendant Agios Pharmaceuticals, Inc.*

2

By: /s/ *[signature]*

Marc J. Shanker
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
mshanker@morganlewis.com
212 309-6000 (telephone)
212 309-6001 (facsimile)
*Counsel for Plaintiff Trustees of the University of Pennsylvania*

SO ORDERED:

*[signature]*

Honorable Naomi R. Buchwald
United States District Judge
3/13/12