UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

              Plaintiff,

              -against-

CRAIG B. THOMPSON, M.D. and AGIOS
PHARMACEUTICALS, INC.,

              Defendants.
------------------------------------------------------- X

Civil Action No. 12 Civ. 1330 (NRB)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/12

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Trustees of the University of Pennsylvania, and the affidavit of Marc J. Shanker, sworn to on March 6, 2012, in support thereof:

**IT IS HEREBY ORDERED** that:

    Applicant's Name:   Eric Kraeutler, Esq.
    Firm Name:   Morgan, Lewis & Bockius LLP
    Address:   1701 Market Street
    City/State/Zip:   Philadelphia, PA 19103-2921
    Phone Number:   (215) 963-5000
    Fax Number:   (215) 963-5001
    Email Address:   ekraeutler@morganlewis.com

is admitted *pro hac vice* as counsel for Plaintiff University of Pennsylvania in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       March 26, 2012

United States District Judge