```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

    Plaintiff,

  v.

CRAIG THOMPSON, M.D., and AGIOS
PHARMACEUTICALS, INC.,

    Defendants.

12-cv-1330 (NRB)
ECF Case

## STIPULATION AND ORDER
## EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

The parties listed below, by their undersigned attorneys, hereby stipulate and agree that defendants' time to answer, move or otherwise respond to the Complaint in the above action shall be extended through and including May 9, 2012.

Dated: April 12, 2012

By: _____

Allan J. Arffa
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
aarffa@paulweiss.com
212 373-3203 (telephone)
212 492-0203 (facsimile)
*Counsel for Defendant Craig Thompson, M.D.*

By: _____

Peter J. Macdonald
WILMER CUTLER PICKERING HALE
AND DORR, LLP
399 Park Avenue
New York, NY 10022
peter.macdonald@wilmerhale.com
212 937-7223 (telephone)
212 230-8888 (facsimile)
*Counsel for Defendant Agios Pharmaceuticals, Inc.*

2

By: /s/ Eric Kraeutler

Eric Kraeutler
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
ekraeutler@morganlewis.com
212 963-5000 (telephone)
212 963-5001 (facsimile)
*Counsel for Plaintiff Trustees of the University
of Pennsylvania*

SO ORDERED:

_____
Honorable Naomi R. Buchwald
United States District Judge