UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA          Plaintiff,

Case No.  12cv1330 (NRB)

-against-

CRAIG THOMPSON M.D., ET AL.,   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## PETER MACDONALD
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PM1239          My State Bar Number is 3949682

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
              FIRM ADDRESS: 399 PARK AVENUE, NEW YORK, NEW YORK 10022
              FIRM TELEPHONE NUMBER: 212-230-8800
              FIRM FAX NUMBER: 212-230-8888

NEW FIRM:     FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
              FIRM ADDRESS: 7 WTC,                    NY, NY 10007
              FIRM TELEPHONE NUMBER: 212-230-8818
              FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 11, 2012

/S/ PETER MACDONALD
ATTORNEY'S SIGNATURE