UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA      Plaintiff, | Case No.  12cv1330 (NRB) |
| -against- | |
| CRAIG B. THOMPSON, ET AL.      Defendant. | |

------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending          ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____SANJAY MODY_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SM2485          My State Bar Number is  4171757

I am,

☑  An attorney
☐  A Government Agency attorney
☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  WILMER CUTLER PICKERING HALE AND DORR LLP
             FIRM ADDRESS:  399 PARK AVENUE, NEW YORK, NEW YORK 10022
             FIRM TELEPHONE NUMBER:  212-230-8800
             FIRM FAX NUMBER:  212-230-8888

NEW FIRM:    FIRM NAME:  WILMER CUTLER PICKERING HALE AND DORR LLP
             FIRM ADDRESS:  7 WTC, 250 GREENWICH STREET, NY, NY 10007
             FIRM TELEPHONE NUMBER:  212-230-8818
             FIRM FAX NUMBER:  212-230-8888

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                    /S/ SANJAY MODY
                                          ATTORNEY'S SIGNATURE