USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

        Plaintiff,

    -against-

CRAIG B. THOMPSON, M.D. and AGIOS
PHARMACEUTICALS, INC.,

        Defendants.
-------------------------------------------------------- X

Case No. 12-cv-1330 (NRB)

ECF Case

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between each of the parties in the above-captioned action through their undersigned counsel that, pursuant to the terms of a Settlement Agreement, made and entered into as of August 31, 2012, the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       September 7, 2012

| MORGAN, LEWIS & BOCKIUS LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: /s/ Eric Kraeutler | By: _____ |
| Eric Kraeutler | Allan J. Arffa |
| Christopher I. Halliday | Eric Alan Stone |
| Deborah W. Frey | Peter C. Sandel |
| 1701 Market Street | 1285 Avenue of the Americas |
| Philadelphia, PA 19103 | New York, N.Y. 10019 |
| (215) 963-4840 | (212) 373-3000 |
| Fax: (215)-963-5001 | Fax: (212) 492-0198 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Craig B. Thompson* |
| *Trustees of the University of Pennsylvania* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

                Plaintiff,

      -against-

CRAIG B. THOMPSON, M.D. and AGIOS
PHARMACEUTICALS, INC.,

                Defendants.

------------------------------------------------------ X

Case No. 12-cv-1330 (NRB)

ECF Case

**STIPULATION OF
VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between each of the parties in the above-captioned action through their undersigned counsel that, pursuant to the terms of a Settlement Agreement, made and entered into as of August 31, 2012, the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
         September _, 2012

| MORGAN, LEWIS & BOCKIUS LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: _____ | By: _____ |
| Eric Kraeutler | Allan J. Arffa |
| Christopher I. Halliday | Eric Alan Stone |
| Deborah W. Frey | Peter C. Sandel |
| 1701 Market Street | 1285 Avenue of the Americas |
| Philadelphia, PA 19103 | New York, N.Y. 10019 |
| (215) 963-4840 | (212) 373-3000 |
| Fax: (215)-963-5001 | Fax: (212) 492-0198 |
| *Attorneys for Plaintiff Trustees of the University of Pennsylvania* | *Attorneys for Defendant Craig B. Thompson* |

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: _____/s/ Peter J. Macdonald_____
Peter J. Macdonald
Peter J. Shen
Sanjay Mody
7 World Trade Center
250 Greenwich St.
New York, NY 10007
212-230-8818
Fax: 212-230-8888

*Attorneys for Defendant*
*Agios Pharmaceuticals, Inc.*

SO ORDERED: _____/s/ Naomi Reice Buchwald_____
Honorable Naomi R. Buchwald
United States District Judge

9/11/12